No. 11-5968. Elisha Lacy Dickens, Petitioner v. United States.

565 U.S. 926, 132 S. Ct. 359, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 6878.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 438 Fed. Appx. 364.

No. 11-5970. Andrew Videau, Petitioner v. Kelly Harrington, Warden.

565 U.S. 926, 132 S. Ct. 359, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 6796.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5973. Shalen Thomas, Petitioner v. United States.

565 U.S. 926, 132 S. Ct. 359, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 7111.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 435 Fed. Appx. 117.

No. 11-5976. Willie Dantzler, Petitioner v. Lisa J. W. Hollingsworth, Warden.

565 U.S. 926, 132 S. Ct. 359, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 7039.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-5985. Anthony Dewayne Brown, Petitioner v. Henry Steward, Warden.

565 U.S. 926, 132 S. Ct. 359, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 6831.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5986. David I. Hillman, Petitioner v. United States.

565 U.S. 926, 132 S. Ct. 359, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 7121.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 642 F.3d 929.

No. 11-5988. Durwood Joseph Fields, Petitioner v. United States.

565 U.S. 926, 132 S. Ct. 360, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 7012.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 343.

No. 11-5990. Timothy Wetherald, Petitioner v. United States.

565 U.S. 926, 132 S. Ct. 360, 181 L. Ed. 2d 227, 2011 U.S. LEXIS 7106.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 636 F.3d 1315.